No. 78–5420. PAYTON v. NEW YORK; and

No. 78–5421. RIDDICK v. NEW YORK. Appeals from Ct. App. N. Y. Motions of appellants for leave to proceed in

*forma pauperis* granted. In No. 78–5420, probable jurisdiction is noted limited to Question 1 presented by the jurisdictional statement. In No. 78–5421, probable jurisdiction noted. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 45 N. Y. 2d 300, 380 N. E. 2d 224.